**Form 204**[ODSM No Response to OSC]

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

| | |
|---|---|
| In re:<br>　　Cathexis Inc.<br>　　　　　Debtor(s).<br><br>Elizabeth R. Loveridge,<br>　　　　　Plaintiff(s),<br><br>　　v.<br><br>Emillionaire, Inc.,<br>et al.<br>　　　　　Defendant(s). | Case No. 09−26549 WTT<br>Chapter 7<br><br><br><br><br>Adv. Proc. No. 09−02376 |

## ORDER OF DISMISSAL

　　The parties having failed to comply or alternatively, having filed a response but citing no objection to the Court's Order to Show Cause, it is hereby ORDERED that this adversary proceeding be dismissed.

Dated and Entered on: June 18, 2013

*William J. Thurman*

United States Bankruptcy Judge   ()

United States Bankruptcy Court
District of Utah

Loveridge,
    Plaintiff

Adv. Proc. No. 09-02376-WTT

Emillionaire, Inc.,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 1088-2      User: th      Page 1 of 2      Date Rcvd: Jun 18, 2013
                       Form ID: f204  Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2013.
```
dft        +Brock Felt,    4644 West Gandy Boulevard,    Suite 5-403,    Tampa, FL 33611-3300
intp       +Cathexis, Inc.,    P.O. Box 339,    Draper, UT 84020-0339
intp        Elizabeth R. Loveridge,    265 East 100 South,    Suite 300,    P.O. Box 3358,
             Salt Lake City, UT 84110-3358
dft        +Ementoring, LLC,    7965 South 700 East,    Sandy, UT 84070-0256
dft        +Emillionaire, Inc.,    Spiegel & Utrera, P.A.,    1840 SW 22nd Street,    4th Floor,
             Miami, FL 33145-2748
dft        +Emillionaire, LLC,    Clarke Philip, R.A.,    1505 North Florida Avenue,    Tampa, FL 33602-2613
dft        +Independence International, LLC,    Bonnie Burke, R.A.,    207 S Disston Avenue,
             Tarpon Springs, FL 34689-4409
dft        +Marqi, Inc.,    Brock Felt, R.A.,    2301 Alligator Creek Road,    Clearwater, FL 33765-2206
dft        +Marqilife, Inc.,    Brock Felt, R.A.,    2301 Alligator Creek Road,    Clearwater, FL 33765-2206
dft        +New Leaf Solutions, Inc.,    Brock Felt, R.A.,    2301 Alligator Creek Road,
             Clearwater, FL 33765-2206
dft        +New Leaf Systems, LLC,    Richard Cote, R.A.,    12402 N. Division, #250,    Spokane, WA 99218-1930
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
pla*        Elizabeth R. Loveridge,    265 East 100 South,    Suite 300,    P.O. Box 3358,
             Salt Lake City, UT 84110-3358
```
                                                                                                      TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jun 20, 2013**        **Signature:** *Joseph Speetjens*

```
District/off: 1088-2            User: th                  Page 2 of 2                  Date Rcvd: Jun 18, 2013
                                Form ID: f204             Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2013 at the address(es) listed below:
          David A. Nill    on behalf of Plaintiff Elizabeth R. Loveridge dnill@wklawpc.com,
           rchristensen@wklawpc.com;kmacrae@wklawpc.com
          David A. Nill    on behalf of Interested Party Elizabeth R. Loveridge dnill@wklawpc.com,
           rchristensen@wklawpc.com;kmacrae@wklawpc.com
          David E. Leta    on behalf of Plaintiff    Official Committee of Unsecured Creditors
           dleta@swlaw.com,   wsmart@swlaw.com
          Kim R. Wilson    on behalf of Defendant    Marqilife, Inc. bankruptcy_krw@scmlaw.com
          Kim R. Wilson    on behalf of Defendant    Emillionaire, Inc. bankruptcy_krw@scmlaw.com
          Kim R. Wilson    on behalf of Defendant    Ementoring, LLC bankruptcy_krw@scmlaw.com
          Kim R. Wilson    on behalf of Defendant    Marqi, Inc. bankruptcy_krw@scmlaw.com
          Kim R. Wilson    on behalf of Defendant    Emillionaire, LLC bankruptcy_krw@scmlaw.com
          Kim R. Wilson    on behalf of Defendant    DOES 1-10 bankruptcy_krw@scmlaw.com
          Kim R. Wilson    on behalf of Defendant    New Leaf Systems, LLC bankruptcy_krw@scmlaw.com
          Kim R. Wilson    on behalf of Defendant    New Leaf Solutions, Inc. bankruptcy_krw@scmlaw.com
          Kim R. Wilson    on behalf of Defendant    Independence International, LLC bankruptcy_krw@scmlaw.com
          Kim R. Wilson    on behalf of Defendant Brock  Felt bankruptcy_krw@scmlaw.com
          P. Matthew Cox    on behalf of Defendant    Emillionaire, LLC bankruptcy_pmc@scmlaw.com
          P. Matthew Cox    on behalf of Defendant    Ementoring, LLC bankruptcy_pmc@scmlaw.com
          P. Matthew Cox    on behalf of Defendant    New Leaf Systems, LLC bankruptcy_pmc@scmlaw.com
          P. Matthew Cox    on behalf of Defendant Brock  Felt bankruptcy_pmc@scmlaw.com
          P. Matthew Cox    on behalf of Defendant    Marqi, Inc. bankruptcy_pmc@scmlaw.com
          P. Matthew Cox    on behalf of Defendant    Marqilife, Inc. bankruptcy_pmc@scmlaw.com
          P. Matthew Cox    on behalf of Defendant    New Leaf Solutions, Inc. bankruptcy_pmc@scmlaw.com
          P. Matthew Cox    on behalf of Defendant    Emillionaire, Inc. bankruptcy_pmc@scmlaw.com
          P. Matthew Cox    on behalf of Defendant    Independence International, LLC
           bankruptcy_pmc@scmlaw.com
          Steven C. Tycksen    on behalf of Interested Party    Cathexis, Inc. steve@tyshlaw.com,
           alicia@tyshlaw.com;jacki@tyshlaw.com
                                                                                                                           TOTAL: 23